IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

SEMIRA GHEBREKIDAN FESHAZION,

       Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

       Defendant.

Civil No. 08-1307-AA

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of **$7499.99** are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: 4/20, 2010.

_____
Hon. Ann Aiken
United States District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Of Attorneys for Plaintiff